[No. 21247–8–I. Division One. January 17, 1989.]

ROBERT L. MORGAN, *Appellant,* v. NANCY G. WORSHAM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–20373–7, Nancy A. Holman, J., entered October 2, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Winsor, J., and Revelle, J. Pro Tem.

[No. 10929–8–II. Division Two. January 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRANCE D. CREECH, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 87–1–00005–7, David R. Draper, J., entered April 9, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 11272–8–II. Division Two. January 17, 1989.]

*In the Matter of* J.L.B., ET AL.

Appeal from judgments of the Superior Court for Pierce County, Nos. 172193, 172194, Rosanne Buckner, J., entered July 17, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.